FENTON *v.* FENTON and Others.—In error.

*A.* EXECUTED a conveyance of real estate to his son *B.;* the grantor, who was old and in his dotage, supposing he was executing only a title-bond for the land. *A.'s* intention was to secure, by such bond, the land against certain damages which he erroneously supposed *C.* would claim from him. This execution of a conveyance, instead of a title-bond, by *A.* was procured by deceit on the part of the grantee, who caused the deed to be recorded immediately after its execution.

On a bill in chancery against the grantee, filed by the other heirs of the grantor, the conveyance was set aside.